**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1525**

───────────

DONOVAN A. REID,

        Plaintiff - Appellant,

    v.

LOUIS DEJOY, Postmaster General,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-01285-JRR)

───────────

Submitted:  December 19, 2023                    Decided:  December 21, 2023

───────────

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donovan A. Reid, Appellant Pro Se. Matthew Adam Haven, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donovan A. Reid appeals the district court's order granting summary judgment to the defendant in Reid's employment discrimination suit.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Reid v. DeJoy*, No. 1:22-cv-01285-JRR (D. Md. May 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*